# First District Court of Appeal
## State of Florida

_____

No. 1D17-1491

_____

JOSHUA DAVID CAREY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 1D17-1492

_____

JOSHUA DAVID CAREY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

May 3, 2019

PER CURIAM.

AFFIRMED.

MAKAR, WINOKUR, and WINSOR, JJ., concur.

––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––

Andy Thomas, Public Defender, and Terry P. Roberts of the Law Office of Terry P. Roberts, Special Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Barbara Debelius, Assistant Attorney General, Tallahassee, for Appellee.